UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PATRICIA L. BROOKS, | : | Case No. 15-1-7243-WIL |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

## NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $1,060.83 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $1,060.83 | Patricia L. Brooks<br>6598<br>N/A | 545 Wallace Drive<br>Port Republic, MD  20676 |

Respectfully submitted,

June 27, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410)290-9120